**ORIGINAL**

**RECEIVED MAY 07 2019 PRO SE OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-7178

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK & CYNTHIA LORICK

was received by me on *(date)* 4/8/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I Mailed certified copy & Certificate of Mailing to

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/11/19

_____
Server's signature

CHRIS SAMICHAR
Printed name and title

2713 Church Ave Bklyn NY
Server's address

Additional information regarding attempted service, etc:

JOHN M Church

CV 18-7178 COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK ) | **VITALIANO, J.** |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| KILPATRICK TOWNSEND AND STOCKTON LLP; ) | |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; ) | |
| JOHN M. CHURCH; SUMIT JAIN; WELLS FARGO ) | **ORENSTEIN, M.J.** |
| AND BERKADIA COMMERCIAL MORTGAGE ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                                                                                          (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiffs:

| BOYSIN LORICK | CYNTHIA LORICK |
|---|---|
| 38 UTICA ROAD | 38 UTICA ROAD |
| EDISON, NJ 08820 | EDISON, NJ 08820 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DEC 17 2018
Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

GASTONIA, NC 28056

| | | |
|---|---|---|
| Postage | $3.50 | |
| Certified Fee | $0.00 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.05 | 04/11/2019 |

Sent To: JOHN M CHURCH
Street, Apt. No.; or PO Box No.: 3826 South New Hope
City, State, ZIP+4: GASTONIA, NC 28056

PS Form 3800, August 2006                See Reverse for Instructions

7011 1570 0002 1214 2488

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Chris Damichat
2763 Church Ave
Bklyn NY 11226

To: JOHN M Church
38.26 South New Ho[pe]
Gastonia, NC 28056

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11226
APR 11 18
AMOUNT
$1.45
R2304W119B86-14