| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>       U.S. Magistrate Judge | Date:     1/14/2020<br>Time:     2:00 p.m. |

*Boysin Lorick, et al. v. Kilpatrick Townsend and Stockton LLP, et al.*
18-CV-7178 (ENV) (JO)

Type of Conference:  Status

Appearances:   Plaintiffs        Karamvir Dahiya

               Wells Fargo       James Faller

Scheduling: There are no further conferences scheduled before me at this time.

Summary: The plaintiffs may file a letter-motion to amend, including a proposed amended complaint, by February 11, 2020. The defendants shall file a letter in opposition by March 10, 2020. Any party may request oral argument in its submission. In light of the anticipated motion to amend, which will resolve the substantive viability of the specific claims the plaintiff seeks to prosecute, the pending motion to dismiss the current complaint is moot.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge