**E**

**X**

**H**

**I**

**B**

**I**

**T**

**A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1,<br><br>Plaintiff,<br><br>- against -<br><br>BOYSIN LORICK, CYNTHIA LORICK, NEW YORK CITY DEPARTMENT OF HOUSING, PRESERVATION AND DEVELOPMENT, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN DOE NO. 1" TO "JOHN DOE NO. 10" inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>Defendants. | Index No.: ______________<br><br>**COMMERCIAL MORTGAGE FORECLOSURE COMPLAINT** |

Plaintiff WELLS FARGO BANK, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1 ("Plaintiff" or "Trustee") by its attorneys, Kilpatrick Townsend & Stockton LLP, for its complaint, alleges the following:

1. Trustee, by and through Waterstone Asset Management, LLC, its Sub-Special Servicer, is a national banking association with an office located at c/o Waterstone Asset Management, LLC, 8720 Red Oak Boulevard, Suite 300, Charlotte, North Carolina 28217, and is the current holder of the loan documents that are the subject of this foreclosure action.

2. Defendant Boysin Lorick is an individual having an address at 38 Utica Road, Edison, New Jersey 08820.

3. Defendant Cynthia Lorick is an individual having an address at 38 Utica Road, Edison, New Jersey 08820. Cynthia Lorick together with Boysin Lorick shall be referred to collectively as the "Borrowers".

4. Borrowers are the obligors on the notes and mortgages described below, which are the subject of this action, and are the owners of real property known as 3126 Coney Island Avenue, Brooklyn, New York 11235 (the "Premises"), as is more particularly described in Exhibit A hereto.

5. New York City Department of Housing, Preservation Environmental Control Board is named herein as a party solely because of any claim it may have against the Premises as a result of certain judgments it may have against the Borrower and the Premises, copies of which are attached as Exhibit B hereto and to extinguish any right, title, claim or interest it may have upon the Premises.

6. New York City Environmental Control Board is named herein as a party solely because of any claim it may have against the Premises as a result of certain judgments it may have against the Borrower and the Premises, copies of which are attached as Exhibit C hereto and to extinguish any right, title, claim or interest it may have upon the Premises.

7. John Doe No. 1 to John Doe No. 10, inclusive, are fictitious and unknown to Trustee. They are named herein to designate any and all tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the Premises.

8. Trustee brings this action to foreclose a consolidated first mortgage in the original principal amount of $2,250,000.00, that is on the Premises.

**FIRST CAUSE OF ACTION**
**FORECLOSING MORTGAGE**

9. Trustee repeats and realleges each and every allegation contained in paragraphs 1 through 8 of this complaint as though fully set forth at length herein.

**The Loan Documents**

10. On or about September 13, 2005, Independence Community Bank ("Independence"), Trustee's predecessor-in-interest, made a loan to Borrowers in the original principal amount of $2,250,000.00 (the "Loan") secured by a Consolidation, Extension and Modification Agreement dated September 13, 2005 (the "Consolidated Mortgage"), and evidenced by a Consolidated and Restated Mortgage Note dated September 13, 2005 (the "Consolidated Note").

11. The Consolidated Note, inter alia, amends, restates and modifies the following notes to form a single indebtedness in the original principal amount of $2,250,000.00:

(a) that certain Mortgage Note dated October 19, 1995 in the original principal amount of $450,000.00 from Borrowers to Fourth Federal Savings Bank ("Fourth Federal"); and

(b) that certain Mortgage Note dated September 13, 2005 in the original principal amount of $2,025,603.85 from Borrowers in favor of Independence; and

12. As collateral security for the payment of the Consolidated Note, Borrowers executed, acknowledged and delivered to Independence the Consolidated Mortgage on the Premises in the aggregate principal amount of $2,250,000.00.

13. The Consolidated Mortgage was duly recorded against the Premises in the Office of the Register of the City of New York (the "Register's Office") on October 17, 2005 as

City Register File Number ("CRFN"): 2005000577501. The Consolidated Mortgage was exempt from mortgage recording tax.

14. The Consolidated Mortgage amends, restates and modifies the following mortgages to form a single lien on the Premises in the original principal amount of $2,250,000.00:

(a) Multifamily Mortgage, Assignment of Rents and Security Agreement dated October 19, 1995 in the original principal amount of $450,000.00 executed acknowledged and delivered by Borrowers to Fourth Federal and recorded on November 14, 1995 in the Office of the Register of the County of Kings in Reel 3608 at Page 1747 ("Mortgage A"). The mortgage tax on Mortgage A was duly paid. Mortgage A was assigned by Fourth Federal to Independence, by an Assignment of Mortgage, dated as of September 8, 2005, which assignment was recorded on October 17, 2005, in the Register's Office as City Register CRFN: 200500057703; and

(b) Mortgage, dated September 13, 2005 in the original principal amount of $2,025,603.85 executed acknowledged and delivered by Borrowers to Independence and recorded on October 17, 2005 in the Register's Office as CRFN: 2005000577500 ("Mortgage B"). The mortgage tax on Mortgage B was duly paid.

15. Pursuant to the terms of the Consolidated Mortgage, Borrowers, inter alia, agreed to make monthly payments as set forth therein on the first day of each month commencing on November 1, 2005 and continuing through October 1, 2012 (the "Maturity Date"), when payment in full under the Consolidated Note and Consolidated Mortgage was due.

16. The Consolidated Note and Consolidated Mortgage also provide that upon the occurrence of an event of default, Trustee is entitled to declare all of the obligations due thereunder to be immediately due and payable.

17. The Consolidated Note and Consolidated Mortgage also provide that upon Trustee's exercise of any right of acceleration under the Consolidated Mortgage, Borrower is also liable for a prepayment premium calculated in accordance with Section 49 of the Consolidated Mortgage.

18. The Consolidated Note and Consolidated Mortgage further provide that Borrowers will reimburse Trustee for all of its costs and expenses incurred as a result of its default on their obligations under the Consolidated Note and Consolidated Mortgage, including, without limitation, Trustee's reasonable attorneys fees and costs.

**Assignment of Loan Documents**

19. By Assignment of Mortgage dated as of June 21, 2007 (the "Assignment of Mortgage"), Sovereign Bank, successor by merger to Independence, assigned to Trustee all of its right, title and interest in and to the Consolidated Mortgage.

20. The Assignment of Mortgage was recorded on July 17, 2007 in the Register's Office as CRFN: 2007000365694.

**The Default**

21. Borrowers defaulted under the terms of the Consolidated Note and Consolidated Mortgage by failing, inter alia, to make payment in full when due on the Maturity Date, and said default continues to the date hereof.

22. By Notice of Default and Demand for Payment dated November 2, 2012, Trustee through its counsel notified Borrowers of the default and demanded that Borrowers

satisfy their remitting the full amount due and owing under the Consolidated Note and Consolidated Mortgage on or before November 17, 2012.

23. Borrowers failed to pay the Loan in full to Trustee as demanded.

24. The amount due and owing as of October 1, 2012 is principal in the outstanding amount of $1,992,410.85, plus accrued and unpaid interest, continuing to accrue at the default rate of interest as provided in the Consolidated Note, late charges and other charges pursuant to the Consolidated Note and Consolidated Mortgage to the date of entry of foreclosure judgment herein, plus reasonable attorneys' fees, costs and expenses.

25. In order to protect its security, Trustee may be compelled during the pendency of this action to make repairs to, board, secure, protect and maintain the Premises, to pay taxes, water rates, sewer rents, insurance premiums, mortgage insurance premiums, if any, and any other charges affecting the Premises, as well attorneys' fees to the extend provided for in the above described instruments, and Trustee requests that any sums so paid be added to the sum otherwise due and be deemed secured by the Mortgage and adjudged a valid lien on the Premises herein described.

26. The defendants herein are obligated to pay the mortgage indebtedness and/or have, claim to have, or may have some possessory or other interest in or lien upon the Premises, or some part thereof, which interest or lien, if any, accrued subsequent to, and is subject and subordinate to, the lien of the Mortgage.

**WHEREFORE**, Trustee demands judgment against defendants as follows:

A. On its First Cause of Action:

(i) Adjudging and decreeing the amounts due it as demanded in this complaint by means of Borrowers' default under the Consolidated Note and Consolidated Mortgage;

(ii) Adjudging and decreeing that the defendants herein, all persons claiming under them, and all persons making any claim against the Premises which are the subject of this foreclosure action subsequent to the filing of the notice of pendency of this action be barred and foreclosed of and from any and all estate, right, title, interest, claim, lien and equity of redemption of, in and to the Premises and each and every part and parcel thereof;

(iii) Adjudging and decreeing that (a) the Premises may be decreed or sold, according to law, subject to a statutory right of redemption in the United States of America, if any, subject to taxes, assessments, water charges and sewer rents, subject to any state of facts an accurate, currently dated survey would disclose, subject to zoning ordinances and local regulations, and subject to all mortgages, conditions, restrictions, liens, encumbrances, rights and interests, if any, that may be prior to the liens of the Mortgage; (b) that the Premises may be sold in one or more parcels as determined by Trustee; (c) that the money resulting from said sale be brought into court; and (d) that Trustee be paid (1) the expenses of said sale, (2) the costs, allowances, and disbursements of this action, (3) the amounts due on the notes and mortgages, as consolidated, together with interest and late payment charges thereon as provided therein to the time of such payment, (4) all money advanced or paid by Trustee pursuant to any term or provision of any exhibit forming a part of this complaint, or to protect the mortgages or the Premises, (5) its expenses of collection, including reasonable attorneys' fees, and (6) all other charges and liens, with interest upon said amounts from the dates of the respective payments or advances all so far as the amount of money property applicable thereto will pay the same;

(iv) Adjudging and decreeing that this Court forthwith appoint a receiver of the rents and profits of said premises, during the pendency of this action with the usual powers and duties;

(v) Adjudging and decreeing that Borrowers be adjudged to pay any deficiency remaining after the application of the monies as aforesaid in accordance with Section 1371 of the Real Property Actions and Proceedings Law;

(vi) Adjudging and decreeing that Trustee shall not be deemed to have waived, altered, released or changed the election hereinbefore made, by reason of any payment after the commencement of this action, of any or all of the defaults mentioned herein, and such election shall continue and remain effective;

(vii) Adjudging and decreeing that in the event that Trustee possesses any other lien(s) against the Premises either by way of judgment, junior mortgage or otherwise, Trustee requests that such other lien(s) shall not be merged in Trustee's cause of action set forth in this complaint, but that Trustee shall be permitted to enforce said other lien(s) and/or seek determination of priority thereof in any independent action(s) or proceeding(s), including, without limitation, any surplus money or deficiency proceedings; and

(viii) Adjudging and decreeing that Trustee have such other and further relief as may be just and equitable.

Dated: New York, New York
January 30, 2013

KILPATRICK TOWNSEND & STOCKTON LLP

By:______________________
Keith M. Brandofino, Esq.
Tamara A. Daniels, Esq.
Attorneys for Plaintiff
WELLS FARGO BANK, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1
1114 Avenue of the Americas, 21st Floor
New York, NY 10036
(212) 775-8700

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

WELLS FARGO BANK, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1,

Plaintiff,

- against -

Index No.:

BOYSIN LORICK, CYNTHIA LORICK, NEW YORK CITY DEPARTMENT OF HOUSING, PRESERVATION AND DEVELOPMENT, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN DOE NO. 1" TO "JOHN DOE NO. 10" inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,

Defendants.

# SUMMONS AND COMPLAINT




ATTORNEYS AT LAW

ATTORNEYS FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF SOVEREIGN COMMERCIAL MORTGAGE SECURITIES TRUST, 2007-C1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C1

OFFICES AND POST OFFICE ADDRESS

1114 Avenue of the Americas, 21st Floor
New York, NY 10036
TEL. NO.: (212) 775-8700
FAX NO.: (212) 775-8800

# Exhibit A

Schedule "A"

All that certain plot, piece, or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of Coney Island Avenue, distant 56.27 feet Southerly from the corner formed by the intersection of the Westerly side of Coney Island Avenue and the Southerly side of Ocean View Avenue;

RUNNING THENCE Westerly at right angles to Coney Island Avenue, 100 feet;

THENCE Southerly and parallel with Coney Island Avenue, 100 feet;

THENCE Easterly at right angles to Coney Island Avenue, 100 feet to the Westerly side of Coney Island Avenue;

THENCE Northerly along the Westerly side of Coney Island Avenue, 100 feet to the point or place of BEGINNING.

TOGETHER with all right, title and interest of, in and to any streets and roads abutting the above described premises.

SAID PREMISES being known as and by the street number 3126 Coney Island Avenue, Brooklyn, New York.

# Exhibit B

TERM: S118 JUDGMENT DOCKET BOOK INQUIRY TIME: 13:04:47
CONTROL NUMBER : 002524106 - 01

*** DOCKETING DATA ***
DOCKETING DATE: 10/07/2008
TIME: 13:34:00
EFFECTIVE DATE: 09/12/2008
TIME: 13:34:00
CLERK/SEQ # : CSTANTON 009

*** SOURCE DOCUMENT ***
TYPE: TJ TRANSCRIPT OF JUDGME
COUNTY: 24 KINGS
COURT: C CIVIL COURT
TOTAL DEBTORS: 01 UPDATED: N
INDEX NUMBER: HP2365/06

*** DEBTOR/CORPORATION ***
NAME FORMAT I : LORICK,BOYSIN
ADDRESS NUMBER: 38 STREET: UTICA RD
CITY : EDISON NJ ZIP CODE: 08820
OCCUPATION :

*** CREDITOR ***
NAME FORMAT C : DEPT OF HOUSING PRESERVATION & DEVELOPMT
ADDRESS NUMBER: 100 STREET: GOLD ST 3RD FL
CITY : NEW YORK NY ZIP CODE: 10038

AMOUNT: $25000.00
INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD

USER: KINGS COUNTY CLERKS OFFICE KINGS DATE
TERM: S118 JUDGMENT DOCKET BOOK INQUIRY TIME: 13:04:48
CONTROL NUMBER : 003041914 - 01

*** DOCKETING DATA ***
DOCKETING DATE: 07/19/2012
TIME: 09:00:00
EFFECTIVE DATE: 05/17/2009
TIME: 11:46:00
CLERK/SEQ # : CGRIFFIN 010

*** SOURCE DOCUMENT ***
TYPE: TJ TRANSCRIPT OF JUDGME
COUNTY: 24 KINGS
COURT: C CIVIL COURT
TOTAL DEBTORS: 04 UPDATED: N
INDEX NUMBER: HP1022/09 ✓

*** DEBTOR/CORPORATION ***
NAME FORMAT I : LORICK, BOYSIN
ADDRESS NUMBER: 3126 STREET: CONEY ISLAND AVE ✓
CITY : BK NY ZIP CODE: 11235
OCCUPATION :

*** CREDITOR ***
NAME FORMAT C : DEPT OF HOUSING PRESERVATION & DEVELOPMT
ADDRESS NUMBER: 100 STREET: GOLD ST 3RD FL
CITY : NEW YORK NY ZIP CODE: 10038

AMOUNT: $21650.00
INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD

```
                                                                    DATE:  01/15/2013
TERM:  S118          JUDGMENT DOCKET BOOK INQUIRY                   TIME:  13:04:54
                CONTROL NUMBER : 003041914 - 03

    *** DOCKETING DATA ***                *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/19/2012                     TYPE: TJ   TRANSCRIPT OF JUDGME
          TIME: 09:00:00                     COUNTY: 04   BROOME
EFFECTIVE DATE: 05/17/2009                    COURT: C    CIVIL COURT
          TIME: 12:02:00              TOTAL DEBTORS: 04     UPDATED: N
CLERK/SEQ #   :  CGRIFFIN 012       INDEX NUMBER: HP1022/09
                   *** DEBTOR/CORPORATION ***
NAME    FORMAT I    : LORICK,CYNTHIA
 ADDRESS     NUMBER: 3126       STREET:  CONEY ISLAND AVE
             CITY   : BK NY                      ZIP CODE:  11235
 OCCUPATION         :
                      *** CREDITOR ***
NAME    FORMAT C    : DEPT OF HOUSING PRESERVATION & DEVELOPMT
 ADDRESS     NUMBER: 100        STREET:  GOLD ST    3RD FL
             CITY   : NEW YORK     NY            ZIP CODE:  10038

          AMOUNT:           $21650.00
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

✓

(1) s/A Judg #2

# Exhibit C

MONTHLY JUDGEMENT FILE
PERIOD ENDING: OCTOBER 31 - 2012



PART 1 OF 2: CASES IN JUDGEMENT

| RESPONDENT NAME / VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ORIAINE B, DELANEY 0147436420 | 1263 BURKE AVENUE BRONX NY 10469 | 11/21/06 | 01/05/07 | 04/07 | $50.00 | |
| ORIAN JEAN BAPTISTE 034747673L | 5119 AVENUE J BK NY 11234 | 08/31/09 | 10/15/09 | 01/10 | $12,000.00 | |
| ORIAN JEAN BAPTISTE 034776191L | 5119 AVENUE J BK NY 11234 | 08/03/09 | 09/17/09 | 01/10 | $6,000.00 | |
| ORIAN JEAN BAPTISTE 034776192N | 5119 AVENUE J BK NY 11234 | 08/03/09 | 09/17/09 | 01/10 | $8,000.00 | |
| ORIAN VII TO IX CORP 0151043090 | 4305 PARK AVENUE BRONX NY 10457 | 08/20/07 | 10/04/07 | 01/08 | $300.00 | |
| ORIANO, LUIS A 0149753836 | 1799 MANSION STREET BRONX NY 10460 | 11/28/05 | 01/12/06 | 04/06 | $300.00 | |
| ORICE, MASSIAS 0154283571 | 3332 BARKER AVENUE BRONX NY 10467 | 07/16/07 | 08/30/07 | 01/08 | $300.00 | |
| ORICH BUILDING CORP. 034269184R | 15 RAVE STREET HICKSVILLE NY | 09/27/01 | 11/13/01 | 09/10 | $200.00 | |
| ORICK, BOYSIN 0136094210 | 3126 C I A BROOKLYN NY 00000 | 08/23/06 | 10/10/06 | 01/07 | $300.00 | |
| ORICK, BOYSIN 0152525661 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 07/05/06 | 08/21/06 | 01/07 | $300.00 | |
| ORICK, BOYSIN 0152736522 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 08/02/06 | 09/18/06 | 01/07 | $300.00 | |
| ORICK, BOYSIN 0125318317 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 03/20/02 | 06/27/02 | 09/10 | $10.00 | |
| ORICK, BOYSIN 0150292432 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 04/03/06 | 05/18/06 | 10/06 | $300.00 | |
| ORICK, BOYSIN 0147949900 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 04/03/06 | 05/18/06 | 10/06 | $300.00 | |
| ORICK, BOYSIN 0158519992 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 08/20/07 | 10/04/07 | 01/08 | $25.00 | |
| ORICK, BOYSIN 0135703619 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 06/02/04 | 09/13/04 | 01/05 | $50.00 | |
| ORICK, BOYSIN 0141198210 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 09/06/05 | 10/21/05 | 01/06 | $300.00 | |
| ORICK, BOYSIN 0141198081 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 08/02/05 | 09/16/05 | 01/06 | $300.00 | |
| ORICK, BOYSIN 0155070989 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 11/06/06 | 12/21/06 | 04/07 | $300.00 | |
| ORICK, BOYSIN 0150313900 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 10/16/06 | 11/30/06 | 04/07 | $25.00 | |
| ORICK, BOYSIN 0156794541 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 06/11/08 | 07/28/08 | 10/08 | $100.00 | |
| ORICK, BOYSIN 0156860615 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 08/18/08 | 10/02/08 | 01/09 | $100.00 | |
| ORICK, BOYSIN 0157484746 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 01/17/07 | 03/05/07 | 07/07 | $300.00 | |
| ORICK, BOYSIN 0172700560 | 3126 CONEY ISLAND AVENUE BROOKLYN NY 11235 | 01/12/09 | 02/26/09 | 04/09 | $300.00 | |

PART 1 OF 2: CASES IN JUDGEMENT

| RESPONDENT NAME / VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ORICK, EUGENE 0134472672 | 90 LAFAYETTE STREET | 08/30/04 | 10/14/04 MANHATTAN | 01/05 NY 10013 | $1,000.00 | |
| ORICK, MARYANN 0134881827 | 545 WEST 126 STREET | 09/06/05 | 10/21/05 NEW YORK | 01/06 NY 10027 | $200.00 | |
| ORICK BOYSIN 034784342J | 38 UTICA RD | 02/04/11 | 03/21/11 EDISON | 05/11 NJ | $1,200.00 | |
| ORICK BOYSIN 034886768Y | 38 UTICA RD | 04/11/11 | 05/26/11 EDISON | 07/11 NJ 08820 | $500.00 | |
| ORICK BOYSIN 034886767M | 38 UTICA ROAD | 06/20/11 | 08/04/11 EDISON | 09/11 NJ 08820 | $6,000.00 | |
| ORICK BOYSIN C/O V ALGOO 0171876376 | 3126 CONEY ISLAND AVENUE | 07/06/10 | 08/20/10 BROOKLYN | 10/10 NY 11235 | $300.00 | |
| ORIE, BENNETT 0171033464 | 2068 PITMAN AVENUE | 09/28/09 | 11/12/09 BRONX | 01/10 NY 10466 | $170.00 | |
| ORIEN, FLORIST 0142317167 | 1062 1 AVENUE | 02/14/05 | 03/31/05 MANHATTAN | 07/05 NY 10022 | $300.00 | |
| ORIEN, FLORIST 0140393220 | 1062 1 AVENUE | 08/29/05 | 10/13/05 NEW YORK | 01/06 NY 10022 | $300.00 | |
| ORIEN FLORIST 040055537R | 1062 1 AVENUE | 07/23/08 | 09/08/08 NEW YORK | 01/09 NY 10022 | $300.00 | |
| ORIEN FLORIST 0170375600 | 1062 1 AVENUE | 02/23/09 | 04/09/09 NEW YORK | 07/09 NY 10022 | $300.00 | |
| ORIEN FLORIST INC 040351072M | 1062 1 AVENUE | 10/30/06 | 12/14/06 NEW YORK | 04/07 NY 10022 | $300.00 | |
| ORIEN FLORIST LTD 040055131R | 1062 1 AVENUE | 06/02/08 | 07/17/08 NEW YORK | 10/08 NY 10022 | $300.00 | |
| ORIEN FLORIST LTD 040150542R | 1062 1 AVENUE | 07/16/07 | 08/30/07 NEW YORK | 01/08 NY 10022 | $300.00 | |
| ORIEN FLORISTS LTD 040213088L | 1062 1 AVENUE | 06/23/08 | 08/07/08 NEW YORK | 10/08 NY 10022 | $300.00 | |
| ORIENT, JOSUE 041602050L | 606 STERLING PLACE | 04/27/09 | 06/12/09 BROOKLYN | 07/09 NY 11238 | $25.00 | |
| ORIENT, JOSUE 0171503063 | 606 STERLING PLACE | 07/25/11 | 09/08/11 BROOKLYN | 10/11 NY 11238 | $300.00 | |
| ORIENT, JOSUE 0141133530 | 606 STERLING PLACE | 06/14/05 | 07/29/05 BROOKLYN | 10/05 NY 11238 | $300.00 | |
| ORIENT, JOSUE 0147382099 | 606 STERLING PLACE | 06/06/05 | 07/21/05 BROOKLYN | 10/05 NY 11238 | $300.00 | |
| ORIENT, LUCKNER 0172687140 | 1434 FLATBUSH AVENUE | 07/01/09 | 08/17/09 BROOKLYN | 10/09 NY 11210 | $300.00 | |
| ORIENT, LUCKNER 041714153K | 1434 FLATBUSH AVENUE | 01/03/12 | 02/17/12 BROOKLYN | 04/12 NY 11210 | $300.00 | |
| ORIENT, SAMUEL 042062811Z | 1743 DEAN STREET | 07/20/09 | 09/03/09 BROOKLYN | 10/09 NY 11233 | $300.00 | |
| ORIG, JOEL 040503969R | 635 EAST 21 STREET | 07/20/10 | 09/03/10 BROOKLYN | 10/10 NY 11226 | $450.00 | |
| ORIJU LLC 0158606737 | 623 WEST 204 STREET | 11/19/07 | 01/03/08 NEW YORK | 04/08 NY 10034 | $350.00 | |

4(3)