# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                             Chapter 11

BOYSIN RALPH LORICK and
CYNTHIA THERESA LORICK,                       Case No. 1-16-45645-nhl


                                      Debtor.
---------------------------------------------------------------x

## ORDER GRANTING MOTION IN PART

       UPON the motion (the "Motion") of Wells Fargo Bank, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 ("Wells Fargo"), filed December 2, 2017 at ECF No. 191, for an order directing the distribution of sale proceeds; and the limited opposition filed Boysin Ralph Lorick and Cynthia Theresa Lorick (the "Debtors"), at ECF Nos. 196, 204; and the opposition filed interested party Mohammed Choudhary, at ECF Nos. 197, 202; and the limited opposition filed by Ortiz and Ortiz, at ECF No. 203; and the reply and exhibits annexed thereto of Wells Fargo, at ECF No. 207; and the record of the hearing held on the Motion on December 21, 2017 (the "Hearing"); and due deliberation and sufficient cause appearing therefor, it is hereby,

       **ORDERED**, that, for the reasons stated on the record of the Hearing, the Motion is granted in part as set forth herein; and it is further

**ORDERED**, that, at this time, Wells Fargo is entitled to a distribution from the sale proceeds of **$4,039,705.02**, which is comprised of the following amounts:

- the total foreclosure judgment amount, without interest: $3,668,619.69, ECF No. 207-3;

- accrued interest on the foreclosure judgment amount at 9% from June 9, 2016 to December 15, 2016 ($904.59 per diem; 189 days): $170,967.73; and

- attorney's fees as provided in the foreclosure judgment, without interest: $85,000;

and it is further

**ORDERED**, that this Order is without prejudice to Wells Fargo's ability to seek the balance of its requested relief, or to any other party's ability to oppose the same; and it is further

**ORDERED**, that the balance of the Motion is adjourned to February 8, 2018 at 2:30 p.m.



Dated: December 29, 2017　　　　　　　　　　　　　　　　Nancy Hershey Lord
Brooklyn, New York　　　　　　　　　　　　　　　**United States Bankruptcy Judge**