# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BOYSIN LORICK, et al.,                                              ORDER
                      Plaintiffs,
    - against -
KILPATRICK TOWNSEND AND
STOCKTON LLP, et al.,                                              18-CV-7178 (ENV) (JO)
                      Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       A review of the docket entries in this action indicates that the plaintiffs have not filed proof of timely service of the summons and complaint as required on any defendant. *See* Fed. R. Civ. 4 (*l*), (m). No later than May 10, 2019, the plaintiffs must either file proof of timely service on the docket or file a motion requesting an extension of time to effect service for good cause. *See* Fed. R. Civ. P. 4(m). Failure to comply will result in a recommendation that the case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m), 41(b).

       SO ORDERED.

Dated: Brooklyn, New York
       April 29, 2019

                                                                                             /s/
                                                             James Orenstein
                                                             U.S. Magistrate Judge