E

X

H

I

B

I

T

H

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *CV 18 - 7178*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *BOYSIN LORICK + CYNTHIA LORICK*
was received by me on *(date)* *4/8/19*

☐ I personally served the summons on the individual at *(place)* _____
*4/* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* *I Mailed certificate of Mailing + certified Mail to Wells Fargo 420 Montgomery St San Francisco CA 94104*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: *4/11/19* _____

*Chris Sanichar*
Server's signature

*CHRIS SANICHAR*
Printed name and title

*2713 Church Ave BKlyn NY*
Server's address

Additional information regarding attempted service, etc:



RECEIVED
MAY 07 2019
PRO SE OFFICE

**CV 18-7178** COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) | **VITALIANO , J.** |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| KILPATRICK TOWNSEND AND STOCKTON LLP; | ) | |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; | ) | |
| JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO | ) | **ORENSTEIN, M.J.** |
| AND BERKADIA COMMERCIAL MORTGAGE | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                                        (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiffs:

| BOYSIN LORICK | CYNTHIA LORICK |
|---|---|
| 38 UTICA ROAD | 38 UTICA ROAD |
| EDISON, NJ 08820 | EDISON, NJ 08820 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 17 2018    _____
                                    _Signature of Clerk or Deputy Clerk_

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN FRANCISCO, CA 94104 **OFFICIAL USE**

| | |
|---|---|
| Postage | $3.50 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.55 |
| Total Postage & Fees | $ $4.05 |

Postmark Here

04/11/2019

Sent To  WELLS FARGO
Street, Apt. No.;  420 MONTGOMERY ST
or PO Box No.
City, State, ZIP+4  SAN FRANCISCO, CA 94104

7011 1570 0002 1214 2471

PS Form 3800, August 2006              See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

2713

To:  Wells Fargo
420 Montgomery St
San Francisco CA 941



U.S. POSTAGE PAID
BROOKLYN, NY
11226
APR 11, 19
AMOUNT **$1.45**
R2304W119998-14

0000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**ORIGINAL**

**RECEIVED**
MAY 0 7 2019
**PRO SE OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *CV 18-7178*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK & CYNTHIA LORICK

was received by me on *(date)* 4/8/19

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I Mailed Certified Copy + Certificate of Mailing to

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/11/19

_____
*Server's signature*

CHRIS SANICHAR
*Printed name and title*

2713 Church Ave Bklyn NY
*Server's address*

Additional information regarding attempted service, etc:

JOHN M Church

CV 18-7178 COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) | **VITALIANO , J.** |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| KILPATRICK TOWNSEND AND STOCKTON LLP; | ) | |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; | ) | |
| JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO | ) | |
| AND BERKADIA COMMERCIAL MORTGAGE | ) | **ORENSTEIN, M.J.** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                        (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro Se Plaintiffs:

BOYSIN LORICK                        CYNTHIA LORICK
38 UTICA ROAD                        38 UTICA ROAD
EDISON, NJ 08820                     EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 17 2018 _____

_____
*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

GASTONIA, NC 28056

| | | |
|---|---|---|
| Postage | $3.50 | |
| Certified Fee | $0.00 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.55 | |
| Total Postage & Fees | $ $4.05 | 04/11/2019 |

7011 1570 0002 1214 2488

Sent To JOHN M. CHURCH
Street, Apt. No.; 3826 South New Hope
or PO Box No.
City, State, ZIP+4 GASTONIA, NC 28056

PS Form 3800, August 2006          See Reverse for Instruction

---

**UNITED STATES POSTAL SERVICE®**

Certificate O...
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: CWW Ramcharat
2763 Church Ave
Bklyn NY 11226

To: JOHN M Church
38.26 South New Ho...
Gastonia, NC 2805...

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11226
APR 18
AMOUNT
**$1.45**
R2304W119986-14



0000

ORIGINAL



RECEIVED
MAY 07 2019
PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *CV 18-7178*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BOYSIN LORICK & CYNTHIA LORICK**

was received by me on *(date)* **4/8/19**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **Mailed Certified Mail along with Certificate of Mailing to SUMIT JAIN 8720 Red Oak Blvd**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4/11/19**

_____
*Server's signature*

**CHRIS SAMICHAR**
_____
*Printed name and title*

**2713 Church Ave Bklyn NY**
_____
*Server's address*

Additional information regarding attempted service, etc:

CV 18-7178   COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) | **VITALIANO , J.** |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| KILPATRICK TOWNSEND AND STOCKTON LLP; | ) | |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; | ) | |
| JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO | ) | |
| AND BERKADIA COMMERCIAL MORTGAGE | ) | **ORENSTEIN**, M.J. |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                    (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiffs:

BOYSIN LORICK                    CYNTHIA LORICK
38 UTICA ROAD                    38 UTICA ROAD
EDISON, NJ 08820                 EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 17 2018    _____
                     *Signature of Clerk or Deputy Clerk*

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHARLOTTE NC 28217

**OFFICIAL USE**

| | |
|---|---|
| Postage | $3.50 $0 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 $0.00 |
| | $0.55 |
| Total Postage & Fees | $ $4.05 |

Postmark Here

04/11/2018

7011 1570 0002 1214 2440

Sent To **SUMIT JAIN**
Street, Apt. No.; or PO Box No. **8720 RED OAK BLVD $300**
City, State, ZIP+4 **CHARLOTTE, NC 28217**

PS Form 3800, August 2006    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

Certificate [of] Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: **2713 Church Ave**

To: **SUMIT JAIN 8720 Red oak blvd Charlotte NC 282**

PS Form **3817**, April 2007 PSN 7530-02-000-9065



U.S. POSTAGE PAID
BROOKLYN, NY
11226
APR 11, 19
AMOUNT
**$1.45**
R2304W119898-14

0000

ORIGINAL

RECEIVED
MAY 07 2019
PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7178 - 18

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK + CYNTHIA LORICK

was received by me on *(date)* 4/8/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because DEFENDANT KILPATRICK ; or
OFFICE REFUSED TO ACCEPT SUMMONS
☑ Other *(specify):* THEN ON 4/11/19 I MAILED CERTIFIED MAIL
+ CERTIFICATE OF MAILING TO THEIR OFFICE AT
1114 Avenue of THE AMERICAS. NY NY 10036.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/19.

_Olons Sanichar_
Server's signature

CHRIS SANICHAR
Printed name and title

2713 Church Ave Bklyn NY 11226
Server's address

Additional information regarding attempted service, etc:

I went on 4/10/19 at 10:35 AM.
I went on 4/10/19 at 2:30 PM.
I went on 4/11/19 at 10:30 AM.

I could not be allowed to go
upstairs.

**CV 18 - 7178** 

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

BOYSIN LORICK AND CYNTHIA LORICK )
)
_____ )
)
*Plaintiff(s)* )
v. )
)
KILPATRICK TOWNSEND AND STOCKTON LLP; )
COLIN M. BERNARDINO; KEITH BRANDOFINO; )
JOHN M. CHURCH; SUMIT JAIN; WELLS FARGO )
AND BERKADIA COMMERCIAL MORTGAGE )
_____ )
*Defendant(s)* )

# VITALIANO , J.

Civil Action No.

# ORENSTEIN, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                     (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pro Se Plaintiffs:

BOYSIN LORICK                    CYNTHIA LORICK
38 UTICA ROAD                    38 UTICA ROAD
EDISON, NJ 08820                 EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 1 7 2018                    _____
                                      *Signature of Clerk or Deputy Clerk*

**Defendants Name and Addresses Continued**

KEITH BRANDOFINO
1114 Avenue of the Americas
New York, NY 10036

JOHN M. CHURCH
3826 South New Hope Road
Gastonia, NC 28056

SUMIT JAIN
8720 Red Oak Boulevard, Suite 300
Charlotte, NC 28217

WELLS FARGO
420 Montgomery Street
San Francisco, CA 94104

BERKADIA COMMERCIAL MORTGAGE
8720 Red Oak Boulevard, Suite 300
Charlotte, NC 28217

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10036

| | |
|---|---|
| Postage | $3.50 | $0.00 |
| Certified Fee | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $0.55 $ | $4.05 |

Postmark
Here

12345
0318
14

04/11/2019

Sent To  KILPATRICK TOWNSEND

Street, Apt. No.;  1114 AVENUE OF THE AMER
or PO Box No.

City, State, ZIP+4  NEW YORK, NY  10036

PS Form 3800, August 2006                 See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

**Certificate of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

To:  Kilpatrick Townse
1114 Avenue of the
NY NY 10036

PS Form **3817**, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
BROOKLYN, NY
11216
APR 11, 19
AMOUNT
$1.45
R2304W119996-14

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

ORIGINAL

*Recvd 5/3/9*

RECEIVED
MAY 0 7 2019
PRO SE OFFICE

Civil Action No. CV 18-7178

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK & CYNTHIA LORICK

was received by me on *(date)* 4/8/19

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I Mailed Certified Mail + Certificate of Mailing to BER KADIA Commercial 8720 Red OAK Blvd Charlotte NC 28217

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/19

*Chris Sanichar*
Server's signature

CHRIS SANICHAR
Printed name and title

2713 Church Ave Bklyn NY
Server's address

Additional information regarding attempted service, etc:

CV 18-7178 COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| KILPATRICK TOWNSEND AND STOCKTON LLP; | ) |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; | ) |
| JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO | ) |
| AND BERKADIA COMMERCIAL MORTGAGE | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**VITALIANO , J.**

Civil Action No.

**ORENSTEIN, M.J.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036

(Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Pro Se Plaintiffs:

BOYSIN LORICK                          CYNTHIA LORICK
38 UTICA ROAD                          38 UTICA ROAD
EDISON, NJ 08820                       EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 1 7 2018     _____
                        *Signature of Clerk or Deputy Clerk*



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHARLOTTE, NC 28217 OFFICIAL USE

| Postage | $3.50 | 0318 |
|---|---|---|
| Certified Fee | $0.00 | 1 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $0.55 | |
| Total Postage & Fees | $4.05 | 04/11/2019 |

7011 1570 0002 1214 2464

Sent To _BERKADIA COMMERCIAL MTG_
Street, Apt. No.; or PO Box No. _8720 RED OAK BLVD_
City, State, ZIP+4 _CHARLOTTE NC 28217_

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**®          **Certificate Mail**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From: _CS_
_2713_

To: _Berkadia Commer_
_8720 Red Oak Blvd_
_Charlotte NC 28_

PS Form **3817**, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
BROOKLYN, NY
APR 1226
AMOUNT
**$1.45**
R2304W119998-14

0000

**ORIGINAL** *Rec'd 5/3/19*

**RECEIVED**

**MAY 0 7 2019**

**PRO SE OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18- 7178

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK & CYNTHIA LORICK

was received by me on *(date)* 4/08/19

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* 4/11/19 , and mailed a copy to the individual's last known address; or *Certified & Certificate of Mailing 1114 Avenue of the*

☐ I served the summons on *(name of individual)* *Americas, NY NY 10?? whole* ;

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because COLIN M. BERNARDINO ; or *OFFICE refused to accept SUMMONS, &*

☐ Other *(specify):* said Defendant NOT IN OFFICE
Mr. Bernardino is in ATLANTA.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/19

*Chris Sanichar*
Server's signature

CHRIS SANICHAR
Printed name and title

2713 Church Ave Bklyn NY
Server's address

Additional information regarding attempted service, etc:

Sect. said Colin M. Bernardino is    ON 4/10/19  10:35 AM.
in ATLANTA.    4/10/19  2:30
went on    4/11/19  10:30 AM
went on
then I mailed Certified &
Certificate of Mailing 4/11/19.

CV 18 7178    COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

|  |  |  |
|---|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) | **VITALIANO , J.** |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
| KILPATRICK TOWNSEND AND STOCKTON LLP; | ) |  |
| COLIN M. BERNARDINO; KEITH BRANDOFINO; | ) |  |
| JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO | ) |  |
| AND BERKADIA COMMERCIAL MORTGAGE | ) | **ORENSTEIN, M.J.** |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036                                    (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiffs:

BOYSIN LORICK                    CYNTHIA LORICK
38 UTICA ROAD                    38 UTICA ROAD
EDISON, NJ 08820                 EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 17 2018    _____
_____    *Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10036

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.50 $0.00 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.05 $0.55 |

Postmark Here

04/01/2019

Sent To  COLIN M. BERNARDINO
Street, Apt. No.; 1114 Avenue of the America
or PO Box No.
City, State, ZIP+4  NEW YORK, NY 10036

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0002 3036 5879

---

**UNITED STATES POSTAL SERVICE®**

**Certificate (**
**Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail.

From: C S
2713 Church Ave

To: Colin M Berna
1114 Avenue of the Ame
NY NY 10036

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
APR 1226 19
AMOUNT

**$1.45**
R2304W119998-14



0000

**RECEIVED**
MAY 0 7 2019
**PRO SE OFFICE**

ORIGINAL

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 18 - 7178

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOYSIN LORICK & CYNTHIA LORICK

was received by me on *(date)*  4/08/19

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because Defendant Keith Brandon no

refused to accept Summons.

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  4/11/19

_Chris Sanichar_
Server's signature

CHRIS SANICHAR
Printed name and title

2713 Church Ave Bklyn NY
Server's address

Additional information regarding attempted service, etc:

I went on 4/10/19  10:35 AM
"  "  4/10/19  2:30 PM
"  "  4/11/19  10:30 AM

then I mailed certified copy with
certificate of mailing at 1114 Avenue of
the Americas
NY NY 10036.

**CV 18 - 7178** COPY

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| BOYSIN LORICK AND CYNTHIA LORICK | ) ) ) ) | **VITALIANO , J.** |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | |
| KILPATRICK TOWNSEND AND STOCKTON LLP; COLIN M. BERNARDINO; KEITH BRANDOFINO; JOHN M. CHURCH;SUMIT JAIN; WELLS FARGO AND BERKADIA COMMERCIAL MORTGAGE | ) ) ) ) | **ORENSTEIN, M.J.** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KILPATRICK TOWNSEND AND STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036

COLIN M. BERNARDINO
1114 Avenue of the Americas
New York, NY 10036          (Please See Attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Pro Se Plaintiffs:

BOYSIN LORICK                    CYNTHIA LORICK
38 UTICA ROAD                    38 UTICA ROAD
EDISON, NJ 08820                 EDISON, NJ 08820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 17 2018 _____

*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10036

OFFICIAL USE

| | |
|---|---|
| Postage | $3.50 | $0.00 |
| Certified Fee | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.55 | $0.00 |
| Total Postage & Fees | $ | $4.05 |

0318
14

Postmark Here

04/11/2019

Sent To KEITH BRANDOFINO

Street, Apt. No.; or PO Box No. 1114 Avenue of the Amer.

City, State, ZIP+4 NEW YORK, NY 10036

7012 1010 0002 3066 5855

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

**Certificate of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: 2713 Church A.

To: Keith Brandof
1114 Avenue of the
NY NY 10036

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11226
APR 11 19
AMOUNT
**$1.45**
R2304W119986-14



0000